IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Eletson Holdings Inc., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 23-10322 (JPM)<br>(Jointly Administered) |

# NOTICE OF APPEAL

      Provisional Eletson Holdings, Inc. hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001 *et. seq*. of the Federal Rules of Bankruptcy Procedure, from each and every part of the United States Bankruptcy Court for the Southern District of New York's July 8, 2025 order (Dkt. No. 1716) and the July 2, 2025 oral decision (Dkt. No. 1713) incorporated therein.  Copies of the July 8, 2025 order and July 2, 2025 oral decision are attached as **Exhibits A and B**, respectively.  The names of the parties to the rulings appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

**Appellant**

*Provisional Eletson Holdings, Inc.* (counsel listed below):

Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 251-5400
Facsimile: (212) 521-5450
lsolomon@reedsmith.com

---

[1] The Court has ordered this footnote to be included in this caption: "Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On [March 5, 2025], the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on [March 5, 2025], all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119" (Bankr. Dkt. 1515 ¶ 7).

Michael S. Lazaroff
RIMÔN, P.C.
400 Madison Ave, Suite 11D
New York NY 10017
Telephone: (646) 738-4151
michael.lazaroff@rimonlaw.com

**Appellee**

*Reorganized Holdings, Inc.* (counsel listed below):

Kyle J. Ortiz
Brian F. Shaughnessy
HERBERT SMITH
FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
kyle.ortiz@hsfkramer.com
bshaughnessy@hsfkramer.com


**Other Parties**

*Lassia Investment Company, Glafkos Trust Company, Family Unity Trust Company* (counsel listed below):

Lawrence M. Rolnick
Richard A. Bodnar
Frank T.M. Catalina
Rolnick Kramer Sadighi LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 597-2800
Facsimile: (212) 597-2801
lrolnick@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

*Official Committee of Unsecured Creditors* (counsel listed below):

Stephen D. Zide
David A. Herman
Owen S. Haney
DECHERT LLP

1095 Avenue of the Americas
New York, NY  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
stephen.zide@dechert.com
david.herman@dechert.com
owen.haney@dechert.com

*Petitioning Creditors Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein; Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust; Tracy Lee Gustafson; Jason Chamness; Ron Pike; Robert H. Latter; Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust; Mark Millet, In His Capacity as Trustee of the Millet 2016 Irrevocable Trust; & Farragut Square Global Master Fund, L.P.* (counsel listed below):

Kyle J. Ortiz
Brian F. Shaughnessy
HERBERT SMITH
FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
kyle.ortiz@hsfkramer.com
bshaughnessy@hsfkramer.com

DATED:     New York, New York
           July 22, 2025

                                                /s/ *Louis M. Solomon*
Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 251-5400
Facsimile: (212) 521-5450
lsolomon@reedsmith.com


*/s/ Michael S. Lazaroff*
Michael S. Lazaroff
RIMÔN, P.C.
400 Madison Ave, Suite 11D
New York NY 10017
(646) 738-4151
michael.lazaroff@rimonlaw.com

*Counsel for Provisional Eletson Holdings, Inc.*